UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER ALAN BROWN,<br><br>            Petitioner,<br>vs.<br><br>JOHN C. MARSHALL, WARDEN,<br><br>            Respondent. | ) Case No. CV 08-8209-PSG(RC)<br>)<br>)<br>)<br>) ORDER ADOPTING REPORT AND<br>) RECOMMENDATION OF UNITED STATES<br>) AND DENYING CERTIFICATE OF<br>) APPEALABILITY<br>)<br>) |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, as well as petitioner's objections,[1] and has made a de novo determination.

//

//

---

[1] In his objections, and as Exhibit A, petitioner makes a request for the Court to take judicial notice of testimony from the parole hearing of another state inmate, and the Court denies that request. Additionally, petitioner has also attached other documents to his objections, which is improper, and the Court does not consider these documents.

1    IT IS ORDERED that (1) the Report and Recommendation is
2 approved and adopted; (2) the Report and Recommendation is adopted
3 as the findings of fact and conclusions of law herein; and (3)
4 Judgment shall be entered denying the petition for writ of habeas
5 corpus and dismissing the action with prejudice.

7    This Court finds that an appeal would not be taken in good
8 faith, and that petitioner has not made a substantial showing that
9 he has been denied a constitutional right, for the reasons set forth
10 in the Report and Recommendation of the United States Magistrate
11 Judge, and accordingly, a certificate of appealability should not
12 issue under 28 U.S.C. § 2253(c)(2) and Fed. R. App. P. 22(b).  <u>Slack
13 v. McDaniel</u>, 529 U.S. 473, 483, 120 S. Ct. 1595, 1604, 146 L. Ed. 2d
14 542 (2000); <u>Mayfield v. Calderon</u>, 229 F.3d 895, 900 (9th Cir. 2000).

16    IT IS FURTHER ORDERED that the Clerk shall serve copies of this
17 Order and the Magistrate Judge's Report and Recommendation by the
18 United States mail on petitioner.

20 DATED: ___August 5, 2010_____   _____

                                          _____
                                               PHILIP S. GUTIERREZ
22                                        UNITED STATES DISTRICT JUDGE

23 R&Rs\08-8209.ado2
   8/3/10